IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA         No.    1-04-1325-T-An

    Petitioner,

v.

DORIS BINGHAM,

    Respondent.

---

### ORDER CLOSING CASE

---

It appearing to the Court that the above-referenced respondent, has substantially complied with the requirements set forth in the September 7, 2004, Internal Revenue Service Summons, and therefore this case is hereby closed.

**IT IS SO ORDERED,**

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

22 april 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  04-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01325 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Doris Bingham
6 Blackthorne Cove
Jackson, TN 38305

Jerry Hanover Schwartz
LAW OFFICE OF JERRY SCHWARTZ
5100 Poplar Ave.
Ste. 2700
Memphis, TN 38137

Honorable Thomas Russell
US DISTRICT COURT